CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 11 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON RICHARD-CHARLES CLEM, | ) | |
|     Petitioner, | ) | Civil Action No. 7:08-cv-00365 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Clem's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, and this action shall be **STRICKEN** from the active docket of the court. Further, Clem's motion for an extension of time is **DENIED** and his motion to proceed in forma pauperis is **DENIED as MOOT**.

The Clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

**ENTER**: This 11th day of June, 2008.

_____
United States District Judge